IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

ZACHARIA WILLIAM HARRIS                                               PLAINTIFF

              v.                    Civil No. 12-5198

NURSE RHONDA BRADLEY;
NURSE RHONDA MACHATE;
NURSE PEGGY VICKERY;
DEPUTY BRANDON MORGAN;
and DEPUTY EDWARDS                                                   DEFENDANTS

### REPORT AND RECOMMENDATION OF THE MAGISTRATE JUDGE

Anthony Harris filed this *pro se* civil rights action pursuant to 42 U.S.C. § 1983 on September 4, 2012. His complaint was filed *in forma pauperis*.

At the time he filed the case, Plaintiff was incarcerated in the Washington County Detention Center. Plaintiff was advised that he had a duty to keep the Court informed of any changes in his address.

On October 2nd and 5th, mail was returned to the Court as undeliverable with the notation that Plaintiff was no longer at the facility. On October 18th, a member of the Court staff obtained the home address that Plaintiff had given the detention center. A change of address (Doc. 5) was entered on Plaintiff's behalf.

On October 29th, mail sent to the Plaintiff at the home address was returned with a notation "unable to forward." No other address appears in the file for Plaintiff. Plaintiff has not informed the Court of any change in his address. Plaintiff has not communicated with the Court in anyway.

I therefore recommend the complaint be dismissed on the grounds Plaintiff has failed to prosecute this action and comply with the order of the Court. *See* Fed. R. Civ. P. 41(b); Rule

5.5(c)(2) of the Local Rules for the Eastern and Western Districts of Arkansas.

**The Plaintiff has fourteen days from receipt of the report and recommendation in which to file written objections pursuant to 28 U.S.C. § 636(b)(1). The failure to file timely objections may result in waiver of the right to appeal questions of fact. The Plaintiff is reminded that objections must be both timely and specific to trigger de novo review by the district court.**

DATED this 26th day of March 2013.

/s/ *Erin L. Setser*
HON. ERIN L. SETSER
UNITED STATES MAGISTRATE JUDGE

AO72A
(Rev. 8/82)