IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

ZACHARIA WILLIAM HARRIS                                                    PLAINTIFF

      v.      Civil No. 12-5198

NURSE RHONDA BRADLEY;
NURSE RHONDA MACHATE;
NURSE PEGGY VICKERY;
DEPUTY BRANDON MORGAN;
and DEPUTY EDWARDS                                                         DEFENDANTS

### O R D E R

Now on this 15th day of April 2013, comes on for consideration the **Report and Recommendation of the Magistrate Judge** (document #6), filed on March 26, 2012, to which no objections have been filed. The Court has reviewed the Report and Recommendation and, being well and sufficiently advised, finds that it is proper and should be adopted in its entirety.

**IT IS THEREFORE ORDERED** that the **Report and Recommendation of the Magistrate Judge** (document #6) is **adopted** *in toto*.

**IT IS FURTHER ORDERED** that, for the reasons stated in the Report and Recommendation, plaintiff's complaint is hereby **dismissed with prejudice.**

**IT IS SO ORDERED.**

      /s/ Jimm Larry Hendren
      JIMM LARRY HENDREN
      UNITED STATES DISTRICT JUDGE